UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
2-26-08
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   08 CR 154 |
| v.                       ) | |
| ) | |
| ) | |
| ) | Violations: Title 8, United States Code, |
| OSCAR SOLORZANO-CARDENAS, ) | Sections 1326(a) and (b)(2); Title 6, United |
| ) | States Code, Section 202(4). |

JUDGE HIBBLER
HIBBLER
MAGISTRATE JUDGE COLE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about February 16, 2008, at Elgin, in the Northern District of Illinois, Eastern Division,

OSCAR SOLORZANO-CARDENAS,

defendant herein, an alien who had been previously deported and removed from the United States on or about December 29, 2006, and whose deportation was subsequent to a conviction for an aggravated felony, was present and found in the United States without having previously obtained the express consent of the United States Secretary of the Department of Homeland Security, for re-application by the defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and Title 6, United States Code, Section 202(4).

_____
FOREPERSON


_____
UNITED STATES ATTORNEY