# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

Oscar Solorzano-Cardenas

**CRIMINAL COMPLAINT**

CASE NUMBER: 08CR 0154
MAGISTRATE JUDGE COLE

FILED
FEB 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 16, 2008, in Kane County in the Northern District of Illinois, defendant,

> an alien who had been previously deported and removed from the United States on or about December 29, 2006, and whose deportation was subsequent to a conviction for an aggravated felony, was present and found in the United States, without having previously obtained the consent of the Secretary of the Department of Homeland Security, for re-application by the defendant for admission into the United States;

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2) and Title 6, United States Code, Section 202(4)

I further state that I am a Senior Special Agent, DHS, ICE and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: X Yes ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 25, 2008                                 at Chicago, Illinois
Date                                              City and State

Jeffrey Cole, U.S. Magistrate Judge               _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

STATE OF ILLINOIS)
                 ) SS
COUNTY OF COOK )

I, GARY WOOLF, being duly sworn under oath, depose and state as follows:

1. I am a Senior Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE, formerly INS) and have been so employed for approximately 5 years and previously was a Special Agent with the U.S. Immigration and Naturalization Service ("INS") for approximately five years. I am currently assigned to the Public Safety Unit/Fox Valley Gang Task Force and I have conducted a variety of criminal alien investigations. As a member of an investigative unit within the ICE, which specializes in the apprehension of criminal aliens. This affiant works in conjunction with other law enforcement agencies in the Chicago District reviewing cases involving aliens who are charged and convicted of criminal offenses.

2. The following averments are based on my personal knowledge, my conversations with other law enforcement officers, and on my review of ICE records. This affidavit is submitted for the purpose of establishing probable cause that OSCAR SOLORZANO-CARDENAS ("SOLORZANO") violated Title 8, United States Code, Sections 1326(a) and (b)(2). This affidavit does not contain all the facts known to me concerning this investigation.

3. SOLORZANO's ICE administrative records, reviewed as part of this investigation, indicate that SOLORZANO is a native and citizen of Mexico and has no claim to legal residency in the United States.

4. SOLORZANO's ICE administrative records, reviewed as part of this investigation, further indicate that SOLORZANO originally entered the United States from Mexico in 1992. He never applied for or obtained legal status within the United States.

5. A review of ICE records further indicates that SOLORZANO was originally deported from the United States on December 29, 2006 from El Paso, Texas to Mexico. At the time of his deportation, SOLORZANO was orally, and in writing, informed of the penalties of re-entering the United States without the permission of the United States Secretary of Homeland Security in DHS form I-294 which SOLORZANO signed.

6. On August 29, 2005, in the Circuit Court of Cook County, Illinois, SOLORZANO was convicted of the offense of Aggravated Battery, case number 05 CR 620902. SOLORZANO was sentenced to 4 years imprisonment in the Illinois Department of Corrections. A conviction for this offense constitutes an aggravated felony under 8 U.S.C. § 1101(a).

7. On February 16, 2008, I arrested SOLORZANO in Elgin, Illinois for immigration offenses as I had previously arrested him for immigration violations on December 11, 2006. SOLORZANO was placed in administrative detention with the ICE.

8. On February 16, 2008, this affiant interviewed SOLORZANO. After advising SOLORZANO of his *Miranda* rights, SOLORZANO voluntarily provided an oral and written statement in which he admitted to being a citizen of Mexico previously deported from the United States. He also admitted that he never sought or obtained permission to re-enter the United States after his December 2006 deportation.

9. This affiant has compared SOLORZANO on February 16, 2008, with photographs taken during at the time of his December 29, 2006, deportation and determined that the photograph is of the same individual. In addition, I have compared the photograph of

SOLORZANO taken at the time of his commitment to the Illinois Department of Corrections for the case, 05 CR 620902, and determined the individual that I arrested and interviewed on February 16, 2008 is the same individual committed to the Illinois Department of Corrections.

10. A review of ICE records indicates that SOLORZANO never applied for permission of the United States Secretary for the Department of Homeland Security nor is there any evidence that the United States Secretary for the Department of Homeland Security granted SOLORZANO permission to reenter the United States at any time prior to February 16, 2008.

11. Based upon the above information, probable cause exists to believe that SOLORZANO is an aggravated felon who reentered the United States without the permission of the Secretary of the Department of Homeland Security, in violation of 8 U.S.C. § 1326(a) and 8 U.S.C. § 1326(b)(2).

FURTHER AFFIANT SAYETH NOT.

GARY WOOLF
Special Agent, ICE

Subscribed and sworn before me this 25th day of February, 2008.

JEFFREY COLE
United States Magistrate Judge