# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 154 - 1 | **DATE** | 2/25/2008 |
| **CASE TITLE** | USA vs. Oscar Solorzano-Cardenas | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/25/08. Federal Defender, Timothy P. O'Connor is appointed as counsel for defendant. Defendant informed of rights. Government seeks detention. Preliminary examination and detention hearing set for 2/29/08 at 10:00 a.m. Defendant to remain in custody.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|