## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 154 - 1 | **DATE** | 3/4/2008 |
| **CASE TITLE** | U.S.A. vs. OSCAR SOLORZANO-CARDENAS | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty. 16.1A materials have been tendered. Pretrial motions to be filed on or before 4/17/08. Status hearing set for 4/17/08 at 10:00 a.m. Defendant reserves his right to a detention hearing. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(8)(A)(B).            (X-T)

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | JHC |
|---|---|---|