# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.

Oscar Solorzano−Cardenas

          Defendant.

Case No.: 1:08−cr−00154
Honorable William J. Hibbler

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

    MINUTE entry before Judge Honorable William J. Hibbler: as to Oscar Solorzano−Cardenas; Status hearing held on 4/29/2008. Change of Plea Hearing set for 5/29/2008 at 10:30 A.M. There being no objections, in the interest of justice time is excluded pursuant to 18:3161(h)(8)(A)(B). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.