UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA
                                            Plaintiff,

v.                                          Case No.: 1:08−cr−00154
                                            Honorable William J. Hibbler

Oscar Solorzano−Cardenas
                                            Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

    MINUTE entry before the Honorable William J. Hibbler: as to Oscar Solorzano−Cardenas. Change of Plea Hearing reset to 6/10/2008 at 10:30 AM. The Court finds the interest of justice would best be served by excluding time pursuant to 18:3161(h)(8)(A)(B). Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.