# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                      Case No.: 1:08−cr−00154
                                                        Honorable William J. Hibbler

Oscar Solorzano−Cardenas

                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

    MINUTE entry before the Honorable William J. Hibbler: as to Oscar Solorzano−Cardenas. Change of Plea Hearing set for 7/8/2008 at 10:00 AM. Excludable delay pursuant to 18:3161(h)(8)(A)(B) to continue. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.